IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISTIE COLEMAN,<br>    PLAINTIFF,<br><br>v.<br><br>CAPITAL LINK MANAGEMENT, LLC,<br>SAMUEL PICCIONE, individually,<br>DENISA PICCIONE, individually, and<br>JONATHAN RINKER, individually,<br>    DEFENDANTS | Case No. 3:21-cv-00271 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    NOTICE IS HEREBY GIVEN that all claims pending against the Defendants have been resolved to the parties' satisfaction. Since the agreement resolving the matter was made between the parties, the Defendants have terminated their relationship with all known counsel for Defendants, even those attorneys not appearing on the record in this matter. As such, with this uncertainty, Plaintiff respectfully requests that the Court hold open the case until after the date on which the settlement is due to be completed, which is July 5, 2022, so that Plaintiff may seek court assistance to enforce the settlement of the matter should it be necessary to do so.

Dated: April 29, 2022                          Respectfully submitted,

                                                 /s/ Jeffrey D. Wood
                                                 Jeffrey D. Wood, Esq.
                                                 ArkBN: 2006164
                                                 THEWOODFIRM,PLLC
                                                 11610 Pleasant Ridge Rd.
                                                 Suite 103 – Box 208
                                                 Little Rock, AR  72223
                                                 TEL:  682-651-7599
                                                 FAX:  888-598-9022
                                                 EMAIL:  jeff@jeffwoodlaw.com

Attorney for Plaintiff
Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2022, a true and correct copy of the foregoing document has been served on all parties of record via the court's electronic filing system.

/s/ Jeffrey D. Wood
Jeffrey Wood