UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISTIE COLEMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 3:21-cv-00271 |
| | ) |
| CAPITAL LINK MANAGEMENT, LLC; SAMUEL PICCIONE; DENISA PICCIONE; and JONATHAN RINKER, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 54) recommending the Court grant in part Coleman's Motion to Enforce Settlement Agreement (Doc. No. 45) and deny as moot Coleman's Amended Motion to Strike Response in Opposition to the Motion to Enforce Settlement (Doc. No. 49). No party filed a timely objection.

When no timely objection to an R&R is filed, the Court is released from its duty to independently review the matter. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court reviewed the R&R *de novo* and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Coleman's Motion to Enforce Settlement Agreement (Doc. No. 45) is **GRANTED IN PART** and she is awarded attorneys' fees in the

1

amount of $1,530.00. Coleman's Amended Motion to Strike Response in Opposition to the Motion to Enforce Settlement (Doc. No. 49) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE